UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY WAKEFIELD,

        Petitioner,

v.                        Case No. 3:05-cv-204-J-20HTS

JAMES V. CROSBY, etc.; et al.,

        Respondents.

_____

**ORDER**

    1.    Respondents' Motion to Alter or Amend Judgment (Doc. #14) is **GRANTED** only to the extent that this Court's Order of Dismissal With Prejudice (Doc. #12) is **amended** in that: Petitioner (after the denial of the petition for belated appeal) is _not_ entitled to the benefit of the ninety-day time period to file a petition for certiorari with the Supreme Court of the United States and therefore the one-year period of limitation expired prior to the filing of the state Rule 3.850 motion, filed on April 2, 2003.

    2.    Petitioner's Motion for New Trial or Relief from Judgment (Doc. #15), in which Petitioner now seeks equitable tolling due to

an attorney miscalculation of the one-year period of limitation, is **DENIED**. See Respondents' Reply to Motion for New Trial or Relief from Judgment (Doc. #17).

    3.   Petitioner's Amendment to Motion for New Trial (Doc. #20) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 22-8 day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

sc 8/15
c:
John S. Mills, Esquire
William Mallory Kent, Esquire

2